IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANN HENNIS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF NORMA F. GOODLETT SCHUMACHER, | § § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO. 2:23-CV-00073 |
| THE STATE LIFE INSURANCE CO. and JAMES B. WORD, JR., | § § § § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ann Hennis, Individually and on Behalf of Norma F. Goodlett Schumacher ("Hennis") and Defendant The State Life Insurance Company ("State Life") (Hennis and State Life are collectively referred to as the "Parties"), by and through their counsel, stipulate as follows:

1.      That all claims, demands, debts, or causes of action asserted or assertable herein by and between Hennis and State Life be DISMISSED WITH PREJUDICE;

2.      That all costs be taxed against the Party incurring them.

**STIPULATED TO AND APPROVED BY:**

By: */s/ Ann Hennis*
    Ann Hennis
    State Bar No. 09473550
    Federal I.D. No. 5911
    ahennis@gvtc.com

ANN HENNIS, P.C.
P.O. Box 613
Spring Branch, TX 78070
Tel:  361.774.6505

COUNSEL FOR PLAINTIFF


By: */s/ Bill E. Davidoff*
    Bill E. Davidoff
    State Bar No. 00790565
    bill.davidoff@figdav.com
    Attorney-in-Charge

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, TX 75202
TEL:  214.939.2000
FAX:  214.939.2090

ATTORNEYS FOR DEFENDANT
THE STATE LIFE INSURANCE COMPANY

<u>**CERTIFICATE OF SERVICE**</u>

    The undersigned hereby certifies that on June 30, 2023, a copy of the foregoing was filed electronically with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to all counsel of record to this action.

        */s/ Bill E. Davidoff*
        Bill E. Davidoff